**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Cody J Montgomery ) | Case Number:    10−00654−JDP |
| 510 Forest Park St ) | |
| Port Orchard, WA 98366 ) | Chapter Number: 7 |
| ) | |
| Social Security No.: xxx−xx−4766 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
|             Debtor ) | |
| ) | |
| Melissa Montgomery ) | |
| aka Melissa Hansen ) | |
| 510 Forest Park St ) | |
| Port Orchard, WA 98366 ) | |
| ) | |
| Social Security No.: xxx−xx−7011 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
|             Joint Debtor ) | |
| ) | |
| _____ ) | |

**ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION AND CLOSING ESTATE**

IT APPEARING to the Court that the Trustee in this case has filed a report of no distribution and the Trustee has performed all duties required in the administration of this estate;

IT IS ORDERED that the report is APPROVED, the Trustee is DISCHARGED from and relieved of the trust; the surety or sureties thereon are released from further liability thereunder, except any liability which may have occurred during the time such bond was in effect and the estate is CLOSED.

AUDIT NOTICE: If prior to the receipt of this notice, the Bankruptcy Trustee took possession of any money, checks or other property and that property has not been returned to you, please contact the U.S. Trustee at (208) 334−1300.

|  |  |
|---|---|
|  | Elizabeth A Smith |
| Dated: 8/25/10 | Clerk, U.S. Bankruptcy Court |

# CERTIFICATE OF NOTICE

```
District/off: 0976-1           User: csomsen                Page 1 of 1                  Date Rcvd: Aug 25, 2010
Case: 10-00654                 Form ID: oclose7             Total Noticed: 1

The following entities were noticed by first class mail on Aug 27, 2010.
db/jdb     +Cody J Montgomery,    Melissa Montgomery,    510 Forest Park St,    Port Orchard, WA 98366-3209

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 27, 2010**                    **Signature:** _Joseph Speetjens_